IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CARLOS GUINTO-MORALES,          )
                                )
              Petitioner,       )
                                )
        v.                      )    1:16CV572
                                )    1:14CR347-1
UNITED STATES OF AMERICA,       )
                                )
              Respondent.       )

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Petitioner in this action submitted a Motion (Docket Entry 40) to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. In the current Motion, Petitioner lists a single ground for relief. He contends that his sentence is no longer valid following Johnson v. United States, 576 U.S. ___, 135 S. Ct. 2551 (2015). Specifically, Petitioner challenges the application of a sentencing enhancement under United States Sentencing Guideline § 2L1.2(b)(1)(A)(ii). Petitioner argues that his prior convictions no longer count as valid predicate convictions supporting the enhancement because they are not "crimes of violence" for purposes of that enhancement following Johnson.

The United States Supreme Court in Johnson limited the Armed Career Criminal Act by invalidating as

unconstitutionally vague the "residual clause" of the statute, which covered any offense that "otherwise involves conduct that presents a serious potential risk of physical injury to another." Johnson, 135 S. Ct at 2563. The Petitioner argues here that Johnson limits the Guideline at issue in the same way. However, in Beckles v. United States, ___ U.S. ___, 137 S.Ct. 886 (2017), the United States Supreme Court held that the advisory United States Sentencing Guidelines are not subject to the type of vagueness challenge under the Due Process Clause that prevailed in Johnson with respect to the Armed Career Criminal Act, 18 U.S.C. § 924(e). Id. at 895. Thus, like the petitioner in Beckles, Petitioner cannot obtain relief from his sentence based on Johnson.

Based on Beckles, the Court should deny Petitioner's Motion for lack of merit.

IT IS THEREFORE RECOMMENDED that Petitioner's Motion (Docket Entry 40) to vacate, set aside or correct sentence be denied and that judgment be entered dismissing the action.

This, the 8th day of June, 2017.

/s/ L. Patrick Auld
United States Magistrate Judge

2